IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| UPH HOLDINGS, INC., | ) | Case No. 13-10570 |
| PAC-WEST TELECOMM, INC., | ) | Case No. 13-10571 |
| TEX-LINK COMMUNICATIONS, INC., | ) | Case No. 13-10572 |
| UNIPOINT HOLDINGS, INC., | ) | Case No. 13-10573 |
| UNIPOINT ENHANCED SERVICES, INC., | ) | Case No. 13-10574 |
| UNIPOINT SERVICES, INC., | ) | Case No. 13-10575 |
| NWIRE, LLC, | ) | Case No. 13-10576 |
| PEERING PARTNERS COMMUNICATIONS, LLC, | ) | Case No. 13-10577 |
| | ) | |
| **Debtors.** | ) | **Jointly Administered Under** |
| | ) | **Case No. 13-10570** |
| | ) | |
| | ) | **Chapter 11** |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of The Official Committee of Unsecured Creditors UPH Holdings, Inc., et al. ("Committee"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

        Craig A. Wolfe, Esq.
        Kelley Drye & Warren LLP
        101 Park Avenue
        New York, New York 10178
        Tel: 212-808-7800
        Fax: 212-808-7987
        E-mail: KDWBankruptcyDepartment@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Committee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
April 18, 2013

**KELLEY DRYE & WARREN LLP**

By: */s/ Craig A. Wolfe*
    Craig A. Wolfe, Esq.
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
cwolfe@kelleydrye.com

*Proposed* Counsel to The Official Committee of Unsecured Creditors of UPH Holdings, Inc., et al.